**Fill in this information to identify your case:**

United States Bankruptcy Court for the:
EASTERN DISTRICT OF VIRGINIA

Case number *(if known)* _____    Chapter  **11**

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy   06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1. Debtor's name**  
Mad Belly Ventures LLC

**2. All other names debtor used in the last 8 years**  
Include any assumed names, trade names and *doing business as* names

**3. Debtor's federal Employer Identification Number (EIN)**  
46-3167690

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 6013 Shady Willow Place<br>Glen Allen, VA 23059-7050<br>Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| Henrico<br>County | **Location of principal assets, if different from principal place of business**<br>Number, Street, City, State & ZIP Code |

**5. Debtor's website (URL)**  _____

**6. Type of debtor**  
■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))  
☐ Partnership (excluding LLP)  
☐ Other. Specify: _____

Debtor  **Mad Belly Ventures LLC**_____   Case number (*if known*)_____
       Name

**7. Describe debtor's business**    A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply*:

  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ A plan is being filed with this petition.

  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

District _____  When _____  Case number _____
District _____  When _____  Case number _____

Debtor  **Mad Belly Ventures LLC**_____    Case number (*if known*)_____
     Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor _____ | Relationship _____ |
| District _____ When _____ | Case number, if known _____ |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
   Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes. Insurance agency _____
     Contact name _____
     Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ■ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

Debtor  **Mad Belly Ventures LLC**  _____  Case number (*if known*) _____
     Name

|  |  |  |
|---|---|---|
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ■ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor  **Mad Belly Ventures LLC**  Case number (*if known*)
_____
Name

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **May 29, 2025**
MM / DD / YYYY

**X  /s/ John Bokel**                              **John Bokel**
Signature of authorized representative of debtor     Printed name

Title  **Managing Member**

**18. Signature of attorney**

**X  /s/ Kollin G. Bender**                         Date  **May 29, 2025**
Signature of attorney for debtor                         MM / DD / YYYY

**Kollin G. Bender**
Printed name

**Hirschler Fleischer, P.C.**
Firm name

**2100 East Cary Street**
**Richmond, VA 23223**
Number, Street, City, State & ZIP Code

Contact phone  **804-771-9500**    Email address  **kbender@hirschlerlaw.com**

**98912 VA**
Bar number and State

Fill in this information to identify the case:

Debtor name: **Mad Belly Ventures LLC**

United States Bankruptcy Court for the: **EASTERN DISTRICT OF VIRGINIA**

Case number (if known): _____

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **PF Colonnades West Corporation**<br>10941 W. Broad Street<br>Glen Allen, VA 23059 | | Landlord | | | | $184,656.62 |
| **Fintegra**<br>c/o Corporation Service Company<br>100 Shockoe Slip, Floor 2<br>Richmond, VA 23219 | | MCA Loan | | | | $80,666.80 |
| **Rapid Finance**<br>4500 East West Highway<br>6th Floor<br>Bethesda, MD 20814 | | MCA Loan | | | | $52,870.40 |
| **Idea 247, Inc.**<br>800 NW 62nd Ave.<br>Suite 750<br>Miami, FL 33126 | | | | | | $49,306.00 |
| **OnDeck**<br>4701 Cox Road<br>Suite 285<br>Glen Allen, VA 23060 | | MCA Loan | | | | $35,342.00 |
| **Gordon Food Service**<br>c/o Corporation Service Company<br>100 Shockoe Slip, Floor 2<br>Richmond, VA 23219 | | Supplier | | | | $30,070.00 |

Debtor **Mad Belly Ventures LLC**                                  Case number *(if known)*
    Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Potbelly Sandwich Works, LLC** c/o Adiya Dixon 4701 Cox Road, Suite 285 Glen Allen, VA 23060 | | Services | | | | $9,215.00 |
| **Freedom Pay** 2929 Walnut Street Floor 14 Philadelphia, PA 19104 | | Services | | | | $1,870.00 |
| **Dominion Energy Virginia** 120 Tredegar Street 6th Floor Richmond, VA 23219 | | Services | | | | $1,438.00 |
| **CCBCC Operations** c/o CT Corporation Systems 4701 Cox Road, Suite 285 Glen Allen, VA 23060 | | Supplier | | | | $997.00 |
| **Rewards Network** 540 W. Madison St. $2400 Chicago, IL 60661 | | Services | | | | $650.00 |
| **Cintas** c/o Corporation Service Company 100 Shockoe Slip, Sloor 2 Richmond, VA 23219 | | Services | | | | $408.00 |
| **EcompGranite** | | Services | | | | $400.00 |
| **Sale Accounting** c/o Mindy Fleenor mgfleenor@live.com | | Services | | | | $400.00 |
| **Comcast Business** c/o Corporation Service Company 100 Shockoe Slip, Sloor 2 Richmond, VA 23219 | | Services | | | | $375.00 |
| **Wassertrom** 2777 Silver Drive Columbus, OH 43211 | | Supplier | | | | $328.00 |

Official form 204      Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims      page 2

Debtor **Mad Belly Ventures LLC**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **NCR Indirect**<br>**864 Spring Street NW**<br>**Atlanta, GA 30308** | | Services | | | | $301.00 |
| **Ring Central**<br>**4701 Cox Road**<br>**Suite 285**<br>**Glen Allen, VA 23060** | | Services | | | | $272.14 |
| **c2 Imaging**<br>**8000 Grainger Ct.**<br>**Springfield, VA 22153** | | Services | | | | $178.00 |
| **HooSuite**<br>**756 W. Peachtree St NW**<br>**Atlanta, GA 30332** | | Services | | | | $149.00 |

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# RICHMOND DIVISION

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| RICHMOND BELLY VENTURES, LLC, | : | Case No. 25-_____-___ |
| Debtor in Possession. | : | |
| In re: | : | Chapter 11 |
| MAD BELLY VENTURES, LLC, | : | Case No. 25-_____-____ |
| Debtor in Possession. | : | |
| In re: | : | Chapter 11 |
| SCOTTS BELLY VENTURES, LLC | : | Case No. 25-_____-____ |
| Debtor in Possession. | : | |

## CONSOLIDATED CORPORATE OWNERSHIP STATEMENT
## AND LIST OF EQUITY INTEREST HOLDERS

Pursuant to Rules 1007(a)(1) and 7007.1 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), and to enable the Judges to evaluate possible disqualification or recusal, The Debtors respectfully represent, as of the date hereof, the following:

1. There are no corporations that own 10% or more of Richmond Belly Ventures, LLC, MAD Belly Ventures, LLC, and Scotts Belly Ventures, LLC.

2. Richmond Belly Ventures, LLC is owned by the following in the following percentages:

   a. John Bokel – 68%
   b. Dale Foley – 16%
   c. David Krause – 6%
   d. Kevin Frost – 3%
   e. Chris Lindsay – 2%
   f. Michael Duke – 2%
   g. Michael Wesling – 2%

       h. Jeffrey Percey – 1%

3. MAD Belly Ventures, LLC is owned is owned by the following in the following percentages:

       a. John Bokel – 48%
       b. David Krause – 32%
       c. Jeffrey Percey – 5%
       d. Dale Foley – 4%
       e. Michael Wesling – 4%
       f. Kevin Frost – 3%
       g. Chris Lindsay – 2%
       h. Michael Duke – 2%

4. Scotts Belly Ventures, LLC is owned is owned by the following in the following percentages:

       i. John Bokel – 77%
       j. Matthew Giles – 6%
       k. Dale Foley – 5%
       l. David Krause – 4%
       m. Kevin Frost – 3%
       n. Chris Lindsay – 2%
       o. Michael Wesling – 2%
       p. Michael Duke – 1%

**Fill in this information to identify the case:**

Debtor name: **Mad Belly Ventures LLC**

United States Bankruptcy Court for the: **EASTERN DISTRICT OF VIRGINIA**

Case number (if known): _____

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors  12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐ *Schedule H: Codebtors* (Official Form 206H)
☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ Amended *Schedule* _____
☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
■ Other document that requires a declaration   **Consolidated Corporate Ownership Statement**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **May 29, 2025**          X **/s/ John Bokel**
                                       Signature of individual signing on behalf of debtor

                                       **John Bokel**
                                       Printed name

                                       **Managing Member**
                                       Position or relationship to debtor